**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TYLER JAMES LANCIOTTI<br>SHELBY L. LANCIOTTI<br><br>           Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>           Movant<br>     vs.<br>US DEPARTMENT OF EDUCATION<br><br><br>           Respondents | Case No. 21-10682JCM<br><br><br><br>Chapter 13<br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

FEDLOAN IS NO LONGER SERVICING AND NEW SERVICER IS UNKNOWN.  NO TRANSFER OF CLAIM, CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN FILED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Court claim# 1/Trustee CID# 20 |

The Movant further certifies that on 05/23/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>TYLER JAMES LANCIOTTI, SHELBY L. LANCIOTTI, 2 BUENA VISTA DRIVE, GREENVILLE, PA  16125 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION, C/O NELNET, PO BOX 2837, PORTLAND, OR 97208 | :<br>US DEPARTMENT OF EDUCATION, C/O NELNET, 121 S 13TH ST STE 201, LINCOLN, NE  68508 |
| NEW CREDITOR: | |