**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TYLER JAMES LANCIOTTI<br>SHELBY L. LANCIOTTI<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　Movant<br>　　vs.<br>CREDIT FIRST NA*<br><br>　　　　　　Respondents | Case No. 21-10682JCM<br><br><br>Chapter 13<br><br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

　FEDLOAN IS NO LONGER SERVICING AND NEW SERVICER IS UNKNOWN. NO TRANSFER OF CLAIM, CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN FILED.

| | |
|---|---|
| CREDIT FIRST NA*<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Court claim# 5/Trustee CID# 19 |

The Movant further certifies that on 05/23/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| TYLER JAMES LANCIOTTI, SHELBY L. LANCIOTTI, 2 BUENA VISTA DRIVE, GREENVILLE, PA 16125 | DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |

ORIGINAL CREDITOR:
CREDIT FIRST NA*, BK 13 CREDIT OPERATIONS*, POB 818011*, CLEVELAND OH 44181-8011

NEW CREDITOR: