**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/23/2024

IN RE:

TYLER JAMES LANCIOTTI
SHELBY L. LANCIOTTI
2 BUENA VISTA DRIVE
GREENVILLE, PA 16125
XXX-XX-3479         Debtor(s)

XXX-XX-9600

Case No. 21-10682

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VALUE CITY/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5964 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BROCK & SCOTT PLLC**\*<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC  27103 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SCHILLER KNAPP LEFKOWITZ & HERTZEL LLP**<br>15 CORNELL RD<br>LATHAM, NY  12110 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TD AUTO/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 5   INT %: 4.00%<br>Court Claim Number: 3<br>CLAIM: 17,031.03<br>COMMENT: CL3GOV@4%/PL~PMT TEE | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5416 |
| **DEERE & COMPANY D/B/A JOHN DEERE FINANC**<br>23176 NETWORK PL<br>CHICAGO, IL  60673 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 17,870.60<br>COMMENT: $@0%/CL-PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6103 |
| **TD AUTO FINANCE**<br>PO BOX 16041<br>LEWISTON, ME  04243-9523 | Trustee Claim Number: 7   INT %: 4.00%<br>Court Claim Number: 15<br>CLAIM: 15,349.51<br>COMMENT: 15,255@4%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7223 |
| **NATIONSTAR MORTGAGE LLC(\*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: 1063.49/PL-CL\*PMT/DECLAR\*DKT4PMT-LMT\*12/21\*FR WELLS-DOC 40 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1042 |
| **PA DEPARTMENT OF REVENUE**\*<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 0.00<br>COMMENT: NO SEC/PL\*$0/CL\*21~SALES TAX~PAYROLL TAX/SCH | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 6,723.64<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2732 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5952 | CLAIM: 5,145.09<br>COMMENT: |
| **CA CURTZE CO D/B/A SPECIALTY STEAK SERVI**<br>C/O AMATO AND KEATING PC<br>107 NORTH COMMERCE WAY<br>BETHLEHEM, PA 18017 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1321 | CLAIM: 26,248.38<br>COMMENT: X9563/SCH |
| **CAMPBELL & SHERBONDY CPA'S**<br>108 WOODFIELD DR<br>GREENVILLE, PA 16125 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8745 | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2865 | CLAIM: 6,178.42<br>COMMENT: |
| **CHAD CURTIS INC**<br>36 HADLEY RD<br>GREENVILLE, PA 16125 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **R D FERGUSON CONTRACTOR**<br>117 WOODLAND AVE<br>PITTSBURGH, PA 15238 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7195 | CLAIM: 4,999.41<br>COMMENT: |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6879 | CLAIM: 2,763.28<br>COMMENT: ANN TAYLOR/LOFT |
| **CREDIT FIRST NA\***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 | CLAIM: 979.58<br>COMMENT: X4876/SCH |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9600 | CLAIM: 29,222.12<br>COMMENT: X4503/SCH |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4503 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3703 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4205 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6511 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5011 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5111 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6611 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3803 |
| **DEPARTMENT OF EDUCATION/NELNET**<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0405 |
| **US DEPARTMENT OF EDUCATION++**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 160,319.21<br>COMMENT: X0002/SCH*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |

| Creditor | Trustee/Court Claim | Creditor Info |
|---|---|---|
| **US DEPARTMENT OF EDUCATION++**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 58,138.37<br>COMMENT: X0005/SCH*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9600 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br>HARRISBURG, PA 17105 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **FEDERAL LOAN SERVICING++** <br> POB 2461 <br> HARRISBURG, PA 17105 | Trustee Claim Number: 41  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0005 | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH |
| **GOLDEN MALTED** <br> PO BOX 129 <br> CONCORDVILLE, PA 19331 | Trustee Claim Number: 42  INT %: 0.00% <br> Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4MNX | CLAIM: 227.66 <br> COMMENT: XUVLU/SCH*PAYMENTS MADE*INSUFF POD |
| **HEMPFIELD TOWNSHIP MUNCIPAL AUTHORITY*** <br> 278 SOUTH MERCER ST <br> GREENVILLE, PA 16125-1539 | Trustee Claim Number: 43  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO YRS~SWG/SCH |
| **KAREN FERGUSON** <br> 16 E WINDRIDGE RD <br> GREENVILLE, PA 16125 | Trustee Claim Number: 44  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$/SCH |
| **LCA BANK CORPORATION** <br> 3150 LIVERNOIS RD ST 300 <br> TROY, MI 48083 | Trustee Claim Number: 45  INT %: 0.00% <br> Court Claim Number: 25 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6001 | CLAIM: 2,098.95 <br> COMMENT: INSUFF POD*LEASE CORP OF AMERICA |
| **MAPLEVALE FARMS** <br> 8956 W MAIN ST <br> CLYMER, NY 14724-9661 | Trustee Claim Number: 46  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6179 | CLAIM: 0.00 <br> COMMENT: |
| **NATIONAL FUEL GAS DISTRIBUTION CORP** <br> PO BOX 2081 <br> ERIE, PA 16512 | Trustee Claim Number: 47  INT %: 0.00% <br> Court Claim Number: 22 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5309 | CLAIM: 991.35 <br> COMMENT: |
| **SLM BANK** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 48  INT %: 0.00% <br> Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3479 | CLAIM: 35,283.92 <br> COMMENT: X0135/SCH |
| **SLM BANK** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 49  INT %: 0.00% <br> Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3479 | CLAIM: 25,732.41 <br> COMMENT: X6710/SCH |
| **SLM BANK** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 50  INT %: 0.00% <br> Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3479 | CLAIM: 23,162.42 <br> COMMENT: X4804/SCH |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 22,258.74<br>COMMENT: X5927/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 20,892.11<br>COMMENT: X6202/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 13,047.34<br>COMMENT: X1805/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 13,432.63<br>COMMENT: X5919/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **ONEILL COFFEE ROASTER**<br>14 FAIR ST<br>WEST MIDDLESEX, PA 16159 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2489 |
| **PENN POWER***<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3278 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK++**<br>POB 3180<br>PITTSBURGH, PA 15230 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2021 |
| **SLIPPERY ROCK UNIVERSITY**<br>ROOM 103 OLD MAIN<br>SLIPPERY ROCK, PA 16057 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4A38 |
| **SMB FA CONSUMER**<br>PO BOX 9213<br>OLD BETHPAGE, NY 11804 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1062 |

| **SNYDER BROTHERS** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| R. D. 2, BOX 3A | Court Claim Number: | ACCOUNT NO.:  6813 |
|  | CLAIM:  0.00 |  |
| EMLENTON, PA  16373 | COMMENT:  NT ADR/SCH |  |

| **SPECTRUM BUSINESS** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 31710 | Court Claim Number: | ACCOUNT NO.: |
|  | CLAIM:  0.00 |  |
| TAMPA, FL  33631 | COMMENT:  NT ADR~NO$~INFO ONLY/SCH |  |

| **LVNV FUNDING LLC** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21 | ACCOUNT NO.:  5964 |
| PO BOX 10587 |  |  |
|  | CLAIM:  3,417.87 |  |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY/VALUE CITY |  |

| **US FOODS** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 632 | Court Claim Number: | ACCOUNT NO.:  2652 |
|  | CLAIM:  0.00 |  |
| ALTOONA, PA  16603 | COMMENT:  NT ADR/SCH |  |

| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:16-2 | ACCOUNT NO.:  3479 |
| PO BOX 1123 |  |  |
|  | CLAIM:  252.07 |  |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH*AMD |  |

| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| PO BOX 619094 | Court Claim Number:6 | ACCOUNT NO.:  1042 |
|  | CLAIM:  1,330.08 |  |
| DALLAS, TX  75261-9741 | COMMENT:  $PL-CL*THRU 11/21*FR WELLS-DOC 40 |  |

| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:67  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:23 | ACCOUNT NO.:  3479 |
| PO BOX 280946 |  |  |
|  | CLAIM:  9,473.43 |  |
| HARRISBURG, PA  17128-0946 | COMMENT:  17934.83/PL@0%*NO PRI/SCH*PIF/CR*NTC-RSV |  |

| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:68  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:23 | ACCOUNT NO.:  3479 |
| PO BOX 280946 |  |  |
|  | CLAIM:  5,428.01 |  |
| HARRISBURG, PA  17128-0946 | COMMENT:  NO GEN UNS/SCH*NTC-RSV*C CID 67 |  |

| **EVANS PETREE PC** | Trustee Claim Number:69  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 1715 AARON BRENNER DR STE 800 | Court Claim Number: | ACCOUNT NO.: |
|  | CLAIM:  0.00 |  |
| MEMPHIS, TN  38120 | COMMENT:  TD AUTO/PRAE |  |

| **KML LAW GROUP PC*** | Trustee Claim Number:70  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
|  | CLAIM:  0.00 |  |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR/PRAE |  |