**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TYLER JAMES LANCIOTTI<br>SHELBY L. LANCIOTTI<br><br>       Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>       Movant<br>  vs.<br>US DEPARTMENT OF EDUCATION++<br><br>       Respondents | Case No. 21-10682JCM<br><br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION++<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Court claim# 20-4/Trustee CID# 31 |

The Movant further certifies that on 06/24/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>TYLER JAMES LANCIOTTI, SHELBY L. LANCIOTTI, 2 BUENA VISTA DRIVE, GREENVILLE, PA  16125 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA  15219 | :<br>DEPARTMENT OF EDUCATION/MOHELA, 633 SPIRIT DR, CHESTERFIELD, MO  63005 |
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O DEPARTMENT OF EDUCATION/MOHELA, PO BOX 790453, ST LOUIS, MO  63179 | |
| NEW CREDITOR: | |